# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVE HESSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  NO. 09-496-CJP |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on September 29, 2010 (Doc. 27), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: September 29, 2010

                                    NANCY J. ROSENSTENGEL, CLERK


                                    BY: S/ Angela M. Vehlewald
                                           Deputy Clerk


**Approved by S/ Clifford J. Proud**
         **United States Magistrate Judge**
              **Clifford J. Proud**